UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY SILVA, a individual and minor, by and through his guardian ad litem, LUIS SILVA,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN WHITE, an individual, WILLIAM LANSDOWNE, an individual, SAN DIEGO POLICE DEPARTMENT, CITY OF SAN DIEGO, and DOES 1 - 20,<br><br>Defendants. | Case No. 08cv0891 JAH (POR)<br><br>**ORDER**<br><br>Judge: John A. Houston<br>Courtroom: 11 |

All parties in the above captioned case have stipulated that Defendants time to answer the complaint is extended by fifteen days, from June 10, 2008 to June 25, 2008. Good cause appearing.

This court orders Defendants may have until June 25, 2008 to file a responsive pleading.

IT IS SO ORDERED.

DATED: June 16, 2008

Hon. John A. Houston
U.S. Magistrate Judge
United States District Court