MICHAEL J. AGUIRRE, City Attorney
DONALD F. SHANAHAN, Deputy City Attorney
California State Bar No. 49777
Office of the City Attorney
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
Telephone: (619) 533-5800
Facsimile: (619) 533-5856

Attorneys for Defendants Franklin White, William Lansdowne, San Diego Police Department and City of San Diego

Exempt from fees per Gov't code 6103
To the benefit of the City of San Diego

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY SILVA, an individual and minor, by and through his guardian ad litem, LUIS SILVA,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN WHITE, an individual, WILLIAM LANSDOWNE, an individual, SAN DIEGO POLICE DEPARTMENT, CITY OF SAN DIEGO, and DOES 1 - 20,<br><br>Defendants. | Case No. 08cv0891 JAH (POR)<br><br>**JOINT MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING**<br><br>Judge: John A. Houston<br>Courtroom: 11 |

PLEASE TAKE NOTICE that Eugene Iredale, Attorney for JOHNNY SILVA, an individual and minor, by and through his guardian ad litem, LUIS SILVA (Plaintiff) and Donald F. Shanahan, Deputy City Attorney, for FRANKLIN WHITE, WILLIAM LANSDOWNE, SAN DIEGO POLICE DEPARTMENT and CITY OF SAN DIEGO (Defendants), hereby stipulate to an extension of time within which to file a response for all defendants to the Summons and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Complaint served upon the City of San Diego on May 22, 2008, in order that investigation into the representation of all parties by the City Attorney's office can be completed.

IT IS HEREBY STIPULATED.

Dated: June 20, 2008

By *__/s/ Eugene Iredale__*
Eugene Iredale

Attorneys for Plaintiff
Johnny Silva, an individual and minor, by and through his Guardian ad Litem, Luis Silva

Dated: June 20, 2008

MICHAEL J. AGUIRRE, City Attorney

By *__/s/ Donald F. Shanahan__*
Donald F. Shanahan
Deputy City Attorney

Attorneys for Defendants
City of San Diego

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHNNY SILVA, etc.<br>Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, et al.,<br>Defendants. | Case No.: 08cv0891 JAH (POR)<br><br>DECLARATION OF SERVICE |

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; and that I served the individuals on the service list attached hereto the following documents: **JOINT MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING,** in the following manner: (Check one)

1)___ By personally serving the individual named by personally delivering the copies to the offices of the addressee.

Time of delivery: ___________ a.m./p.m.

2)___ By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing copies (first class mail, postage prepaid) to the person served at the place where the copies were left.

3) XX By electronic filing, I served each of the above referenced documents by E filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California, as to the following parties:

Eugene Iredale egiredale@yahoo.com, ace.ribitzky@gmail.com

Executed: June 20, 2008, at San Diego, California.

[signature]

SHELLEY CARTER