UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY SILVA, a individual and minor, by and through his guardian ad litem, LUIS SILVA,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN WHITE, an individual, WILLIAM LANSDOWNE, an individual, SAN DIEGO POLICE DEPARTMENT, CITY OF SAN DIEGO, and DOES 1 - 20,<br><br>Defendants. | Case No. 08cv0891 JAH (POR)<br><br>**ORDER**<br><br>Judge: John A. Houston<br>Courtroom: 11 |

Pursuant to Court Order dated June 17, 2008. Defendants' answer to Plaintiff's Complaint is due June 25, 2008.

All parties in the above captioned case have again stipulated that Defendants have additional time to answer the complaint and extend the due date from June 25, 2008, to July 7, 2008. Good cause appearing.

This Court orders Defendants may have until July 7, 2008, to file a responsive pleading.

IT IS SO ORDERED.

DATED: June 20, 2008

Hon. John A. Houston
U.S. Magistrate Judge
United States District Court