# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUL 21 PM 4:23
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

PLAINTIFF

JOHNNY SILVA, an individual and minor, by and through his Guardian ad Litem, LUIS SILVA

V. DEFENDANT AND THIRD PARTY PLAINTIFF

CITY OF SAN DIEGO, a Municipal Corporation, SAN DIEGO POLICE DEPARTMENT, WILLIAM LANSDOWNE, FRANKLIN WHITE

## THIRD PARTY SUMMONS IN A CIVIL ACTION

ON THIRD PARTY COMPLAINT

CASE NUMBER: 08cv0891 JAH (POR)

V. THIRD PARTY DEFENDANT

RACHEL SILVA, and ROES 1 to 50, inclusive

To: (Name and Address of Third Party Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)

Eugene Iredale, Esq
Julia Yoo, Esq.
105 West F Street, 4th Floor
San Diego, CA 92101-6036
(619) 233-1525

**DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY** (name and address)

Donald F. Shanahan, Deputy City Attorney
Office of the City Attorney
1200 Third Avenue, Suite 100
San Diego, CA 92101
(619) 533-5800

an answer to the third-party complaint which is herewith served upon you within 20 days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against *you* in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

W. SAMUEL HAMRICK, JR.

CLERK

JUL 21 2008

DATE

SEAL
J. PARIS

(BY) DEPUTY CLERK