UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JOHNNY SILVA, an individual and minor, by and through his guardian ad litem, LUIS SILVA,

Plaintiff,

v.

FRANKLIN WHITE, an individual, WILLIAM LANSDOWNE, an individual, SAN DIEGO POLICE DEPARTMENT, CITY OF SAN DIEGO, and DOES 1-20,

Defendant.

Civil No. 08cv0891-JAH (POR)

**ORDER REGARDING APPOINTMENT OF GUARDIAN AD LITEM FOR PLAINTIFF JOHNNY SILVA**

A review of the docket shows that Luis Silva is named but has not been appointed by the Court as guardian ad litem for Plaintiff Johnny Silva, a minor, in this case. Pursuant to Rule 17(c) of the Federal Rules of Civil Procedure, "[t]he court must appoint a guardian ad litem ... to protect a minor ... who is unrepresented in an action." Accordingly, the Court directs Plaintiff's counsel to Rule 17(c) so the appropriate motion or petition may be filed.

**IT IS SO ORDERED.**

DATED: July 28, 2008

LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable John A. Houston
all parties