EUGENE G. IREDALE, ESQ. (SBN 75292)
JULIA YOO, ESQ. (SBN 231163)
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
TEL: (619) 233-1525 FAX: (619) 233-3221

Attorneys for plaintiff
JOHNNY SILVA

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY SILVA, an individual and minor, by and through his guardian ad litem, Luis SILVA,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN WHITE, an individual, WILLIAM LANDSDOWNE, an individual, SAN DIEGO POLICE DEPARTMENT, CITY OF SAN DIEGO, and DOES 1 - 20,<br>Defendant. | Case No. 08-cv-00891-JAH-POR<br><br>PETITION FOR AN ORDER APPOINTING LUIS SILVA AS GUARDIAN AD LITEM FOR THE MINOR JOHNNY SILVA |

COMES NOW, JOHNNY SILVA, an individual and minor, through his attorney of record, Eugene G. Iredale, and respectfully submits this Petition for Appointment of Luis SILVA as Guardian ad litem for Plaintiff JOHNNY SILVA.

Petitioner states as follows:

1. I am counsel for JOHNNY SILVA in the above captioned action. JOHNNY SILVA is a minor under the age of fourteen (14).

2. JOHNNY SILVA resides with his legal guardian and biological father, Luis SILVA. However, he has no guardian ad litem in this action.

3. The proposed guardian, Luis SILVA, is not a stranger to the minor, has more than an "ideological interest" in the action and shall be an appropriate alter ego for the minor JOHNNY

SILVA's interests in this lawsuit. T.W. v. Brophy, 124, F.3d 893, 896 (7th Cir. 1997); Ford v. Haley, 195 F.3d 603, 624 (11th Cir. 1999).

4. The proposed guardian, Luis SILVA, is not a party to this action and therefore can represent the interests of said minor without consideration to herself as a party to the action.

5. Luis SILVA is ready and willing to act as guardian ad litem for JOHNNY SILVA in this matter.

WHEREFORE, Petitioner moves the court for an order appointing Luis SILVA as guardian ad litem for JOHNNY SILVA for the purpose of this action against the defendants on the claims stated in plaintiff's complaint.

DATED: July 28, 2008

LAW OFFICES OF EUGENE G. IREDALE

/s/ Eugene Iredale
EUGENE G. IREDALE
Attorney for plaintiff
JOHNNY SILVA

**<u>Johnny Silva v. Franklin White et al.</u>**
***U.S. District Court, Southern District of California Case No. 08-cv-0891 JAH (POR)***

**DECLARATION AND PROOF OF SERVICE**

I, Grace Jun, hereby declare as follows:

I am over the age of 18 years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 105 West "F" Street, Fourth Floor, San Diego, California 92101.

On **July 28, 2008** I served the following document(s):

**PETITION FOR AN ORDER APPOINTING LUIS SILVA AS GUARDIAN <u>AD LITEM</u> FOR THE MINOR JOHNNY SILVA**

[X] (By **ELECTRONIC FILING**) I served each of the above referenced document(s) by E-filing in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California which will send notification of such filing to the following interested parties:

MICHAEL J. AGUIRRE
City Attorney
DONALD F. SHANAHAN
Deputy City Attorney
Office of the City Attorney
1200 Third Avenue, Suite 1100
San Diego, CA 92101
PH: (619)533-5800
FAX: (619)533-5856
Email: dshanahan@sandiego.gov,
slcarter@sandiego.gov

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **July 28, 2008** in San Diego, California.

Grace Jun
Paralegal