# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

PLAINTIFF

JOHNNY SILVA, an individual and minor, by and through his Guardian ad Litem, LUIS SILVA

V. DEFENDANT AND THIRD PARTY PLAINTIFF

CITY OF SAN DIEGO, a Municipal Corporation, SAN DIEGO POLICE DEPARTMENT, WILLIAM LANSDOWNE, FRANKLIN WHITE

## THIRD PARTY SUMMONS IN A CIVIL ACTION

ON THIRD PARTY COMPLAINT

CASE NUMBER: 08cv0891 JAH (POR)

V. THIRD PARTY DEFENDANT

RACHEL SILVA, and ROES 1 to 50, inclusive

To: (Name and Address of Third Party Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Eugene Iredale, Esq
Julia Yoo, Esq.
105 West F Street, 4th Floor
San Diego, CA 92101-6036
(619) 233-1525

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Donald F. Shanahan, Deputy City Attorney
Office of the City Attorney
1200 Third Avenue, Suite 100
San Diego, CA 92101
(619) 533-5800

an answer to the third-party complaint which is herewith served upon you within 20 days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against *you* in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

W. SAMUEL HAMRICK, JR

CLERK

JUL 2 1 2008

DATE

(BY) DEPUTY CLERK

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on July 22, 2008, by:

(1) personally delivering a copy of each to the individual at this place, ______________________; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ______________ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is ______________________; or

(4) returning the summons unexecuted to the court clerk on ______________; or

(5) other *(specify)* by mail to attorney Michael Pancer who agreed to accept service on behalf of Rachel Silva
Michael Pancer
105 West "F" Street. 4th floor
San Diego, CA 92101.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

Date: July 31, 2008

[signature]
Server's signature

Shelley Carter, Senior Legal Secretary
Printed name and title

1200 Third Avenue, Suite 1100, San Diego, CA 92101
Server's address

American LegalNet, Inc.
www.FormsWorkflow.com