# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY SILVA, an individual and minor, by and through his guardian ad litem, Luis SILVA,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN WHITE, an individual, WILLIAM LANDSDOWNE, an individual, SAN DIEGO POLICE DEPARTMENT, CITY OF SAN DIEGO, and DOES 1 - 20,<br>Defendant. | Case No. 08-cv-0891-JAH-POR<br><br>ORDER RE: PETITION APPOINTING LUIS SILVA AS GUARDIAN AD LITEM FOR THE MINOR JOHNNY SILVA<br><br>[Doc. No. 16] |

Good cause appearing, **IT IS HEREBY ORDERED:**

The petition for appointment of LUIS SILVA as guardian ad litem for JOHNNY SILVA is granted and LUIS SILVA is appointed as guardian ad litem for the minor JOHNNY SILVA.

DATED: August 1, 2008

LOUISA S PORTER
United States Magistrate Judge