UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY SILVA, an individual and minor, by and through his guardian ad litem, LUIS SILVA,<br>Plaintiff,<br>v.<br>FRANKLIN WHITE, an individual, WILLIAM LANSDOWNE, an individual, SAN DIEGO POLICE DEPARTMENT, CITY OF SAN DIEGO, and DOES 1-20,<br>Defendant. | Civil No. 08cv0891-JAH (POR)<br><br>**ORDER RESCHEDULING EARLY NEUTRAL EVALUATION** |

On August 4, 2008, counsel for both parties contacted the Court requesting that the Early Neutral Evaluation currently set for August 25, 2008 at 10:00 a.m. be rescheduled due to a calendar conflict with Plaintiff's counsel. Based on discussions with counsel and their stipulation, the Court hereby reschedules the conference to **9:30 a.m.** on **August 25, 2008**. The conference shall be telephonic, with attorneys only. Counsel for Defendant shall initiate and coordinate the call. Plaintiff's counsel shall serve a copy of this order on any parties that enter this case hereafter.

**IT IS SO ORDERED.**

DATED: August 7, 2008

LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable John A. Houston
all parties