MICHAEL J. AGUIRRE, City Attorney
DONALD F. SHANAHAN, Deputy City Attorney
California State Bar No. 49777
Office of the City Attorney
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
Telephone: (619) 533-5800
Facsimile: (619) 533-5856

Attorneys for Defendants,
City of San Diego, San Diego Police Department,
William Lansdowne and Franklin White

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY SILVA, an individual and minor, by and through his guardian ad litem, LUIS SILVA,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN WHITE, an individual, WILLIAM LANSDOWNE, an individual, SAN DIEGO POLICE DEPARTMENT, CITY OF SAN DIEGO, and DOES 1 - 20,<br><br>Defendants.<br>_______________<br>AND RELATED CROSS ACTION, | Case No. 08cv0891 JAH (POR)<br><br>DISMISSAL OF FIRST CAUSE OF ACTION (DECLARATORY RELIEF) FROM THIRD PARTY COMPLAINT |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Third Party Plaintiffs/ Cross-complainants hereby dismiss the First Cause of Action (Declaratory Relief) from the Third Party Complaint/Cross-Complaint for Negligence and Damages by City Of San Diego, San Diego Police Department, William Lansdowne, Franklin White Against Third Party Defendant/Cross-Defendant, filed on July 17, 2008.

Dated: August 18, 2008

MICHAEL J. AGUIRRE, City Attorney

By *_/s/ Donald F. Shanahan_*
Donald F. Shanahan
Deputy City Attorney
Attorneys for Defendants/Complainants
City of San Diego, San Diego Police Department, William Lansdowne, and Franklin White

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHNNY SILVA, etc.<br>Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, et al.,<br>Defendants. | Case No.: 08cv0891 JAH (POR)<br><br>DECLARATION OF SERVICE |

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; and that I served the individuals on the service list attached hereto the following documents: **DISMISSAL OF FIRST CAUSE OF ACTION (DECLARATORY RELIEF) FROM THIRD PARTY COMPLAINT,** in the following manner: (Check one)

1)___ By personally serving the individual named by personally delivering the copies to the offices of the addressee.

Time of delivery: ____________ a.m./p.m.

2)___ By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing copies (first class mail, postage prepaid) to the person served at the place where the copies were left.

3) XX By electronic filing, I served each of the above referenced documents by E filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California, as to the following parties:

| | |
|---|---|
| Eugene Iredale | egiredale@yahoo.com, ace.ribitzky@gmail.com |
| Michael Pancer | mpancer@hotmail.com |

Executed: August 18, 2008, at San Diego, California.

S Carter

SHELLEY CARTER