EUGENE G. IREDALE, ESQ. (SBN 75292)
JULIA YOO, ESQ. (SBN 231163)
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
TEL: (619) 233-1525 FAX: (619) 233-3221

Attorneys for plaintiff
JOHNNY SILVA

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY SILVA, an individual and minor, by and through his guardian ad litem, Luis SILVA,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN WHITE, an individual, WILLIAM LANDSDOWNE, an individual, SAN DIEGO POLICE DEPARTMENT, CITY OF SAN DIEGO, and DOES 1 - 20,<br>Defendant. | Case No. 08-cv-00891-JAH-POR<br><br>NOTICE OF ENTRY OF APPEARANCE |

Comes now Julia Yoo from the Law Offices of Eugene G. Iredale, and hereby enters her appearance as attorney for Johnny Silva, the Plaintiff in the above-entitled case.

DATED: August 19, 2008

LAW OFFICES OF EUGENE G. IREDALE

/s/ Julia Yoo
JULIA YOO
Attorney for plaintiff
JOHNNY SILVA

**Johnny Silva v. Franklin White et al.**
***U.S. District Court, Southern District of California Case No. 08-cv-0891 JAH (POR)***

## DECLARATION AND PROOF OF SERVICE

I, Grace Jun, hereby declare as follows:

I am over the age of 18 years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 105 West "F" Street, Fourth Floor, San Diego, California 92101.

On **August 19, 2008** I served the following document(s):

**NOTICE OF ENTRY OF APPEARANCE**

[X] (By **ELECTRONIC FILING**) I served each of the above referenced document(s) by E-filing in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California which will send notification of such filing to the following interested parties:

MICHAEL J. AGUIRRE
City Attorney
DONALD F. SHANAHAN
Deputy City Attorney
Office of the City Attorney
1200 Third Avenue, Suite 1100
San Diego, CA 92101
PH: (619)533-5800
FAX: (619)533-5856
Email: dshanahan@sandiego.gov,
slcarter@sandiego.gov

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **August 19, 2008** in San Diego, California.

Grace Jun
Paralegal