UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY SILVA, an individual and minor, by and through his guardian ad litem, LUIS SILVA,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN WHITE, an individual, WILLIAM LANSDOWNE, an individual, SAN DIEGO POLICE DEPARTMENT, CITY OF SAN DIEGO, and DOES 1-20,<br><br>Defendant | Civil No. 08cv0891-JAH (POR)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, STAYING SCHEDULING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |
| CITY OF SAN DIEGO, a Municipal Corporation, SAN DIEGO POLICE DEPARTMENT, WILLIAM LANSDOWNE, FRANKLIN WHITE,<br><br>Third Party Plaintiffs/<br>Cross-Complainants,<br><br>v.<br><br>RACHEL SILVA, and ROES 1 to 50, inclusive,<br><br>Third Party Defendant/<br>Cross Defendant. | |

On August 25, 2008, the Court held an Early Neutral Evaluation. Appearing before the Court were Julia Woo, Esq., counsel for Plaintiff; Donald F. Shanahan, Esq., counsel for Defendants; and Michael Pancer, Esq., counsel for Cross-Defendant. The case did not settle. Counsel represent there are criminal charges and proceedings pending as relates to both Defendant

White and Cross-Defendant Silva. Based thereon:

1. The Court finds good cause to stay issuing Rule 26 dates.

2. The parties shall meet and confer to further discuss a Joint Motion for Stay of Action pending criminal matters as well as further discuss voluntary exchange of discovery. Any motion to stay this action should be addressed to the District Judge, the Honorable John A. Houston.

3. A Case Management Conference shall be held on **September 29, 2008** at **9:30 a.m**. The conference shall be telephonic, with attorneys only. Defendant's counsel shall initiate and coordinate the call.

**IT IS SO ORDERED**.

DATED: August 28, 2008

LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable John A. Houston
all parties