MICHAEL PANCER, ESQ. (SBN: 043602)
105 West F Street, 4th Floor
San Diego, CA 92101-6036
Tel: (619) 236-1826
Fax: (619) 233-3221
Attorney for Plaintiff RACHEL SILVA

UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY SILVA, an individual and minor, by and through his guardian ad litem, LUIS SILVA,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN WHITE, an individual, WILLIAM LANDSDOWNE, an individual, SAN DIEGO POLICE DEPARTMENT, CITY OF SAN DIEGO, and DOES 1 - 20,<br><br>Defendant.<br>______________________________<br><br>CITY OF SAN DIEGO, a Municipal Corporation, SAN DIEGO POLICE DEPARTMENT, WILLIAM LANDSDOWNE, FRANKLIN WHITE,<br><br>Third Party Plaintiffs/<br>Cross-Complainants,<br><br>v.<br><br>RACHEL SILVA, and ROES 1 TO 50, inclusive,<br><br>Third Party Defendant/<br>Cross-Defendants.<br>______________________________ | Case No. 08 CV 0891 JAH (POR)<br><br>UNOPPOSED MOTION FOR ENLARGEMENT OF TIME FOR CROSS-DEFENDANT TO FILE RESPONSIVE PLEADING |

COMES NOW, RACHEL SILVA, by her attorney of record, Michael Pancer, and requests a fourteen (14) day enlargement of time to file a responsive pleading, and as grounds therefore states as follows:

Defendants in this case filed a cross-complaint against third party defendant, Rachel Silva, on July 17, 2008. Cross-Defendant, Rachel Silva, filed a Motion to Dismiss the First Cause of Action on August 11, 2008. Defendants subsequently filed a Notice of Dismissal of the First Cause of Action on August 18, 2008. Because it was technically a Notice instead of a Motion, this Court did not take action on the motion to dismiss the first cause of action in the Defendants' cross-complaint against Rachel Silva.

September 8, 2008 is the twentieth day after the Defendants voluntarily dismissed their First Cause of Action. Defendants have agreed to a fourteen day extension of time for Ms. Silva to file a responsive pleading in this case. Wherefore, Cross-Defendant Rachel Silva respectfully requests a 14 day extension of time to permit the filing of a responsive pleading to the cross-complaint on or before 22 September 2008.

DATED: September 8, 2008

Respectfully submitted,

s/ Michael Pancer

_________________________

MICHAEL PANCER
Attorney for Defendant
RACHEL SILVA
105 West F st.
San Diego, CA 92101
(619) 236-1826

**Case No. 08-CV-0891-JAH-POR**
**Michael Pancer, Esq.**
**105 W. "F" St., 4th Floor**
**San Diego, CA 92101**
**Phone: 619-236-1826**
**Fax: 619-233-3221**

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

I am employed in the County of San Diego, State of California. I am a citizen of the United States and am over the age of 18 and not a party to the within action. My business address is 105 W. "F" St., 4th Fl., San Diego, California 92101. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

On September 8, 2008, I served the foregoing document described as **"MOTION FOR ENLARGEMENT OF TIME FOR CROSS-DEFENDANT RACHEL SILVA TO FILE RESPONSIVE PLEADING TO THE THIRD PARTY COMPLAINT"** in this action by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies the following:

**Eugene G Iredale**
egiredale@yahoo.com, grace.s.jun@gmail.com

**Donald F Shanahan**
dshanahan@sandiego.gov, slcarter@sandiego.gov

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 8, 2008, at San Diego, California.

/s/ Candy Ruthven
Candy Ruthven